| | |
|---|---|
| 1 | Name     Jennifer L. Loda |
| 2 | Bar #     CA Bar No. 284889, pro hac pending |
| | Firm     Center for Biological Diversity |
| 3 | Address     1212 Broadway, Ste. 800 |
| 4 | Oakland, CA 94612 |
| 5 | |
| | Telephone     510-844-7100 x336 |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity | ) |
| | ) |
| Plaintiff, | ) |
| | )    **Case No.** |
| vs. | ) |
| Scott Pruitt, in his official capacity as | )    **Corporate Disclosure Statement** |
| Administrator of the US EPA et al., | ) |
| Defendant. | ) |
| | ) |

This Corporate Disclosure Statement is filed on behalf of Center for Biological Diversity
in compliance with the provisions of: *(check one)*

☑ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

[✓] No such corporation.

[ ] Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

[ ] Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

[ ] Other(please explain)

_____

_____

     **A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this _30_____ day of _January_____, _2018____.

/s/ Jennifer L. Loda
_____
Counsel of Record

Certificate of Service:

I certify that the above was served via certified mail, return receipt requested on:

US EPA Administrator Scott Pruitt,

US Attorney General Jefferson Sessions

First Assistant US Attorney for the District of Arizona Elizabeth Strange