**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**TUCSON DIVISION**

| | |
|---|---|
| Center for Biological Diversity, | ) <br> ) <br> ) Case No: 4:18-cv-00050-TUC-JAS |
| Plaintiff, | ) <br> ) |
| v. | ) **[PROPOSED] ORDER** <br> ) |
| E. Scott Pruitt, in his official capacity as Administrator of the U.S. Environmental Protection Agency, *et al.*, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

The Court has reviewed Federal Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1). After consideration of the motion and the papers submitted in support of and in opposition to the motion, and finding that good cause exists for the motion to be denied, IT IS HEREBY ORDERED that Federal Defendants' motion to dismiss is DENIED. The Court will retain jurisdiction of the above-captioned matter.

IT IS SO ORDERED