Hannah Connor (Florida Bar No. 125378)
Admitted *Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 2155
St. Petersburg, FL 33731
Phone: (202) 681-1676
Email: hconnor@biologicaldiversity.org

*Counsel for Plaintiff*
*Additional Counsel Listed in Signature Block*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**TUCSON DIVISION**

| | |
|---|---|
| Center for Biological Diversity, | |
| Plaintiff, | Case No: 4:18-cv-00050-TUC-JAS |
| vs. | **NOTICE OF COMPLIANCE** |
| E. Scott Pruitt, in his official capacity as Administrator of the U.S. Environmental Protection Agency, *et al.*, | |
| Defendants. | |

Pursuant to the Court's February 1, 2018 Order, ECF No. 7, Plaintiff Center for Biological Diversity provides notice that it has complied with the Court's Order, and has shipped to chambers, via Fedex, hard copies of its Response in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction and [Proposed] Order along with a binder of

1

supporting authorities - highlighted with tabs, and has emailed Word versions of the response and text of proposed order to chambers.

Dated: May 4, 2018                    Respectfully submitted,

/s/ Hannah Connor

Hannah M.M. Connor (FL Bar No. 125378)*
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 2155
St. Petersburg, FL 33731
Phone: (202) 681-1676
email: hconnor@biologicaldiversity.org

Robert Ukeiley (CO Bar No. 26747)*
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
Phone: (720) 496-8568
email: rukeiley@biologicaldiversity.org

Jennifer L. Loda (CA Bar No. 284889)*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Ste 800
Oakland, CA  94612
Phone: 510-844-7100 x336
Email: jloda@biologicaldiversity.org


* Admitted *pro hac vice*
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2018, I filed the foregoing with the Court's electronic Filing system, which will serve all counsel by electronic means.

<em>/s/ Hannah Connor</em>